Michael Millen
Attorney at Law  (#151731)
119 Calle Marguerita Ste. 100
Los Gatos, CA  95032
Telephone:  (408) 871-0777
Fax:  (408) 866-7480
mikemillen@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

| MERCEDES MARKER, | NO.:  CV 09-05956 JF PVT |
|---|---|
| Plaintiff, | **ORDER TEMPORARILY SUSPENDING ADR REQUIREMENTS** |
| v. | |
| CITY OF SAN JOSE and SON VU, | Date:  April 9, 2010<br>Time: 10:30 a.m.<br>Location:  Courtroom #3 (5th Fl.) |
| Defendants. | |

GOOD CAUSE APPEARING, the court hereby suspends all Northern District ADR requirements relating to this case until further notice.

Dated:  3/26/10

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE