1  Michael Millen
2  Attorney at Law  (#151731)
   119 Calle Marguerita  Ste. 100
3  Los Gatos, CA  95032
   Telephone:  (408) 871-0777
4  Fax:  (408) 866-7480
   mikemillen@aol.com

5  Attorney for Plaintiff

6

7

8                UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

10 MERCEDES MARKER,                    NO.:  CV 09-05956 RMW

11         Plaintiff,                  **ORDER CONTINUING CMC**

12     v.

13 CITY OF SAN JOSE and SON VU,

14         Defendants.

15
       GOOD CAUSE APPEARING, the Case Management Conference in the above-
16
   entitled matter which was previously set for March 2, 2012, has been continued to **April 6,**
17
   **2012 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte.  Parties are to appear in
18
   courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.
19
   Parties are required to file a Revised Joint Case Management Statement one week before
20
   the Conference.
21
       If the above-entitled matter settles counsel are required to notify the Court by
22
   contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.
23

24
   Dated:
25
                                          _____
26                                         RONALD M. WHYTE
                                           UNITED STATES DISTRICT JUDGE
27

28