Michael Millen
Attorney at Law  (#151731)
119 Calle Marguerita  Ste. 100
Los Gatos, CA  95032
Telephone:  (408) 871-0777
Fax:  (408) 866-7480
mikemillen@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

| | |
|---|---|
| MERCEDES MARKER, | NO.:  CV 09-05956 RMW |
| Plaintiff, | **ORDER CONTINUING CMC** |
| v. | |
| CITY OF SAN JOSE and SON VU, | |
| Defendants. | |

GOOD CAUSE APPEARING, the Case Management Conference in the above-entitled matter which was previously set for March 2, 2012, has been continued to **April 6, 2012 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte.  Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are required to file a Revised Joint Case Management Statement one week before the Conference.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

Dated:

*Ronald M. Whyte*

RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE