1 | RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
2 | RANDOLPH S. HOM, Senior Deputy City Attorney (#152833)
RICHARD D. NORTH, Deputy City Attorney (#225617)
3 | Office of the City Attorney
200 East Santa Clara Street
4 | San Jose, California  95113
Telephone:   (408) 535-1900
5 | Facsimile:   (408) 998-3131
Email:       cao.main@sanjoseca.gov
6 |
Attorneys for Defendants
7 | CITY OF SAN JOSE and SON VU

8 |
UNITED STATES DISTRICT COURT
9 | NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE FACILITY
10 |

11 |
MERCEDES MARKER,                           NO.:   C09-05956 RMW
12 |
Plaintiff,              **PARTIES' STIPULATION AND
13 |                                         [PROPOSED] ORDER TO SHORTEN
v.                       TIME FOR HEARING DEFENDANTS'
14 |                                         MOTION TO EXTEND TIME FOR
CITY OF SAN JOSE and SON VU,             EXPERT DISCLOSURE AND EXPERT
15 |                                         DISCOVERY**
Defendants.
16 |

17 |                           **STIPULATION**

18 |        Defendants CITY OF SAN JOSE and SON VU, and Plaintiff MERCEDES MARKER

19 | (collectively the "Parties"), hereby agree and stipulate as follows:

20 |        Whereas, the trial of this case is set to begin on June 17, 2013;

21 |        Whereas, Defendants will be moving to extend time for expert disclosure and

22 | expert discovery solely as to the Independent Medical Examiner who evaluated Plaintiff's

23 | claimed injury in this case (the "Motion");

24 |        Whereas, Plaintiff will be opposing the Motion;

25 |        Whereas, the Parties have met and conferred and have agreed to a stipulate to a

26 | modified briefing schedule shortening time in light of the June 17, 2013 trial date;

27 |

28 |                                      1

1      Whereas, the Parties do not believe at this time that shortening the time for hearing
2   the Motion will impact the schedule for the case;
3      Therefore, the Parties hereby agree and stipulate as follows:
4      (1)   Defendants will file the Motion on May 7, 2013;
5      (2)   Plaintiff's opposition to the Motion will be filed on or before May 10, 2013;
6      (3)   Defendants' reply in support of the Motion will be filed on or before May 14,
7            2013;
8      (4)   The hearing on the Motion will take place on May 24, 2013 at 9:00 am, in
9            Courtroom 6, 4th Floor, before Judge Ronald M. Whyte.

10
11                                     Respectfully submitted,
12  Dated:  May 7, 2013               RICHARD DOYLE, City Attorney
13
14                                     By: _____
                                              /s/
15                                         RICHARD D. NORTH
                                           Deputy City Attorney
16                                     Attorneys for CITY OF SAN JOSE
                                       and SON VU
17
18                                     Respectfully submitted,
19  Dated:  May 7, 2013               Law Office of Michael Millen
20
21                                     By: _____
22                                         MICHAEL MILLEN
23                                     Attorney for MERCEDES MARKER
24
25
26
27
28
                                        2
STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME FOR             C09-05956 RMW
HEARING DEFENDANTS' MOTION TO EXTEND TIME FOR EXPERT            974858
DISCLOSURE AND EXPERT DISCOVERY

1

## ORDER

2   Having read and considered the Parties' Stipulation, and finding good cause for the

3   relief requested therein, the court orders the following:

4   (1)    Defendants will file their motion to extend time for expert disclosure and

5          expert discovery solely as to the Independent Medical Examiner who

6          evaluated Plaintiff's injury in this case (the "Motion") on May 7, 2013;

7   (2)    Plaintiff's opposition to the Motion will be filed on or before May 10, 2013;

8   (3)    Defendants' reply in support of the Motion will be filed on or before May 14,

9          2013;

10  (4)    The hearing on the Motion will take place on May 24, 2013 at 9:00 am, in

11         Courtroom 6, 4th Floor, before Judge Ronald M. Whyte.

12

13  Dated:  ï Ð×FH

14                          *Ronald M. Whyte*

15                          HON. RONALD M. WHYTE

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME FOR
HEARING DEFENDANTS' MOTION TO EXTEND TIME FOR EXPERT
DISCLOSURE AND EXPERT DISCOVERY

C09-05956 RMW

974858