1  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (#93249)
2  RANDOLPH S. HOM, Senior Deputy City Attorney (#152833)
   RICHARD D. NORTH, Deputy City Attorney (#225617)
3  Office of the City Attorney
   200 East Santa Clara Street
4  San Jose, California 95113
   Telephone: (408) 535-1900
5  Facsimile: (408) 998-3131
   Email: cao.main@sanjoseca.gov
6
7  Attorneys for Defendants
   CITY OF SAN JOSE and SON VU

8
                    UNITED STATES DISTRICT COURT
9                 NORTHERN DISTRICT OF CALIFORNIA
                         SAN JOSÉ FACILITY
10

11 | MERCEDES MARKER,              | NO.: C09-05956 RMW
12 |                               |
   |         Plaintiff,            | PARTIES' STIPULATION RE: EXPERT
13 |                               | DISCLOSURE AND DISCOVERY;
   |    v.                         | [PROPOSED ORDER]
14 |                               |
   | CITY OF SAN JOSE and SON VU,  | DATE:  May 24, 2013
15 |                               |        (off calendar by stipulation below)
   |         Defendants.           | TIME:  9 a.m.
16 |                               | CTRM:  6, 4th Floor
   |                               | JUDGE: Hon. Ronald M. Whyte
17
                              **STIPULATION**
18
       Plaintiff MERCEDES MARKER ("Plaintiff") and defendants CITY OF SAN JOSE
19
   and SON VU ("Defendants") (collectively the "Parties") hereby stipulate and agree as
20
   follows:
21
       (1)  Plaintiff accepts Defendants' designation of Dr. Paul C. Cassini as a Rule
22
            26(a)(2) expert in this case based upon the disclosures made to date and no
23
            further Rule 26(a)(2)(B) disclosure need be made;
24
       (2)  Plaintiff will take Dr. Cassini's deposition at his Palo Alto office on May 22,
25
            2013 at 10:00 a.m.;
26
   ///
27
   ///
28
                                          1
   PARTIES' STIPULATION RE: EXPERT DISCLOSURE AND DISCOVERY;       C09-05956 RMW
   [PROPOSED] ORDER
                                                                   976946

(3) On or before May 22, 2013 at 10:00 a.m., Defendants and/or Dr. Cassini will provide Plaintiff with: (a) all documents in Dr. Cassini's possession concerning the Plaintiff; and (b) all communications, including billings, if any, between Dr. Cassini and Defendants' counsel;

(4) Plaintiff will have seven business days from the date of the deposition of Dr. Cassini to designate a Rule 26(a)(2)(D)(ii) rebuttal expert to Dr. Cassini who will then be subject to deposition no later than June 12, 2013. If plaintiff designates Dr. Scott M. Taylor as a rebuttal expert, no further disclosure need be made except for a brief statement of the general substance of the rebuttal testimony Dr. Taylor is expected to give.

(5) Defendants accept Plaintiff's designation of Dr. Scott M. Taylor as a Rule 26(a)(2) expert in this case based upon the disclosures made to date and no further Rule 26(a)(2)(B) disclosure need be made;

(6) Defendants will take Dr. Taylor's deposition at his Oakland office on May 31, 2013 at 10:00 a.m.;

(7) On or before May 31, 2013 at 10:00 a.m., Plaintiff and/or Dr. Taylor will provide Defendants with: (a) all documents in Dr. Taylor's possession concerning the Plaintiff; and (b) all communications, including billings, if any, between Dr. Taylor and Plaintiff's counsel;

(8) Defendants will have seven business days from the date of the deposition of Dr. Taylor to designate a Rule 26(a)(2)(D)(ii) rebuttal expert to Dr. Taylor who will then be subject to deposition no later than June 12, 2013;

(9) The Parties shall cover their own deposition costs;

///
///
///
///

(10) The May 24, 2013 hearing on Defendants' Motion to Extend Time for Expert Disclosure and Expert Discovery as to the Independent Medical Examiner Only ("Motion") is taken off calendar.

Dated: May 21, 2013

Respectfully submitted,

RICHARD DOYLE, City Attorney

By: _____
RICHARD D. NORTH
Deputy City Attorney

Attorneys for CITY OF SAN JOSE and SON VU

Dated: May 21, 2013

Respectfully submitted,

Law Office of Michael Millen

By: _____
MICHAEL MILLEN

Attorney for MERCEDES MARKER

[PROPOSED] ORDER

The Court has reviewed the Parties' stipulation above and hereby approves. The May 24, 2013 hearing on Defendants' Motion is taken off calendar.

Dated: May GG, 2013

_____
HON. RONALD M. WHYTE