| | |
|---|---|
| 1 | RICHARD DOYLE, City Attorney (#88625) |
| 2 | NORA FRIMANN, Chief Trial Attorney (#93249) |
|   | RANDOLPH S. HOM, Senior Deputy City Attorney (#152833) |
| 3 | RICHARD D. NORTH, Deputy City Attorney (#225617) |
|   | Office of the City Attorney |
| 4 | 200 East Santa Clara Street |
|   | San Jose, California 95113 |
| 5 | Telephone: (408) 535-1900 |
|   | Facsimile: (408) 998-3131 |
| 6 | Email: cao.main@sanjoseca.gov |
| 7 | Attorneys for Defendants |
|   | CITY OF SAN JOSE and SON VU |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSÉ FACILITY

| | |
|---|---|
| MERCEDES MARKER, | NO.: C09-05956 RMW |
| Plaintiff, | PARTIES' STIPULATION RE: EXPERT DISCLOSURE AND DISCOVERY; [PROPOSED] ORDER |
| v. | |
| CITY OF SAN JOSE and SON VU, | DATE: May 24, 2013 (off calendar by stipulation below) |
| Defendants. | TIME: 9 a.m. |
|  | CTRM: 6, 4th Floor |
|  | JUDGE: Hon. Ronald M. Whyte |

### STIPULATION

Plaintiff MERCEDES MARKER ("Plaintiff") and defendants CITY OF SAN JOSE and SON VU ("Defendants") (collectively the "Parties") hereby stipulate and agree as follows:

(1) Plaintiff accepts Defendants' designation of Dr. Paul C. Cassini as a Rule 26(a)(2) expert in this case based upon the disclosures made to date and no further Rule 26(a)(2)(B) disclosure need be made;

(2) Plaintiff will take Dr. Cassini's deposition at his Palo Alto office on May 22, 2013 at 10:00 a.m.;

///

///

| | | |
|---|---|---|
| 1 | (3) | On or before May 22, 2013 at 10:00 a.m., Defendants and/or Dr. Cassini will provide Plaintiff with: (a) all documents in Dr. Cassini's possession concerning the Plaintiff; and (b) all communications, including billings, if any, between Dr. Cassini and Defendants' counsel; |
| 5 | (4) | Plaintiff will have seven business days from the date of the deposition of Dr. Cassini to designate a Rule 26(a)(2)(D)(ii) rebuttal expert to Dr. Cassini who will then be subject to deposition no later than June 12, 2013. If plaintiff designates Dr. Scott M. Taylor as a rebuttal expert, no further disclosure need be made except for a brief statement of the general substance of the rebuttal testimony Dr. Taylor is expected to give. |
| 11 | (5) | Defendants accept Plaintiff's designation of Dr. Scott M. Taylor as a Rule 26(a)(2) expert in this case based upon the disclosures made to date and no further Rule 26(a)(2)(B) disclosure need be made; |
| 14 | (6) | Defendants will take Dr. Taylor's deposition at his Oakland office on May 31, 2013 at 10:00 a.m.; |
| 16 | (7) | On or before May 31, 2013 at 10:00 a.m., Plaintiff and/or Dr. Taylor will provide Defendants with: (a) all documents in Dr. Taylor's possession concerning the Plaintiff; and (b) all communications, including billings, if any, between Dr. Taylor and Plaintiff's counsel; |
| 20 | (8) | Defendants will have seven business days from the date of the deposition of Dr. Taylor to designate a Rule 26(a)(2)(D)(ii) rebuttal expert to Dr. Taylor who will then be subject to deposition no later than June 12, 2013; |
| 23 | (9) | The Parties shall cover their own deposition costs; |

///
///
///
///

(10) The May 24, 2013 hearing on Defendants' Motion to Extend Time for Expert Disclosure and Expert Discovery as to the Independent Medical Examiner Only ("Motion") is taken off calendar.

Dated: May 21, 2013

Respectfully submitted,

RICHARD DOYLE, City Attorney

By: _____
RICHARD D. NORTH
Deputy City Attorney

Attorneys for CITY OF SAN JOSE and SON VU

Dated: May 21, 2013

Respectfully submitted,

Law Office of Michael Millen

By: _____
MICHAEL MILLEN

Attorney for MERCEDES MARKER

### [PROPOSED] ORDER

The Court has reviewed the Parties' stipulation above and hereby approves. The May 24, 2013 hearing on Defendants' Motion is taken off calendar.

Dated: May GG, 2013

_____
HON. RONALD M. WHYTE