RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Assistant City Attorney (#93249)
RANDOLPH S. HOM, Senior Deputy City Attorney (#152833)
RICHARD D. NORTH, Deputy City Attorney (#225617)
Office of the City Attorney
200 East Santa Clara Street
San Jose, California 95113
Telephone:  (408) 535-1900
Facsimile:  (408) 998-3131
Email:  cao.main@sanjoseca.gov

Attorneys for Defendants
CITY OF SAN JOSE and SON VU

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSÉ FACILITY

| | |
|---|---|
| MERCEDES MARKER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE and SON VU,<br><br>　　　　　Defendants. | NO.:  C09-05956 RMW<br><br>**PARTIES STIPULATION AND REQUEST TO STRIKE THE ORIGINAL DECLARATION OF RICHARD D. NORTH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE #6 AND ATTACHMENT;** ~~[PROPOSED]~~ **ORDER** |

### STIPULATION

Plaintiff MERCEDES MARKER ("Plaintiff") and defendants CITY OF SAN JOSE and SON VU ("Defendants") (collectively the "Parties") hereby stipulate and agree as follows:

(1) The copy of <u>Exhibit A</u>, sole attachment to the original Declaration of Richard D. North in Support of Defendants' Opposition to Plaintiff's Motion in Limine #6, filed February 7, 2014 ("Original Declaration/Exhibit"), was, by inadvertence and mistake, incompletely redacted at the time of filing.

(2) The <u>Exhibit A</u> attached to the Amended Declaration of Richard D. North in Support of Defendants' Opposition to Plaintiff's Motion in Limine #6, filed

1

PARTIES' STIP. AND REQ. TO STRIKE THE ORIG. DECLARATION OF
RICHARD D. NORTH ISO DEFTS' OPP. TO P'S MIL#6 AND ATTACHMENT;
~~[PROPOSED]~~ ORDER

C09-05956 RMW
1058975

|   |   |
|---|---|
| 1 | herewith on February 11, 2014 ("Amended Exhibit"), is fully redacted and |
| 2 | shall replace the Original Exhibit. |
| 3 | (3) The Parties have a mutual interest in ensuring that confidential information is |
| 4 | appropriately redacted from documents filed with the Court and agree that |
| 5 | no penalty, sanction or consequence shall result from the substitution of the |
| 6 | Amended Declaration and Exhibit for the Original Declaration and Exhibit. |
| 7 | (4) The Parties respectfully request that the Court strike the Original Declaration |
| 8 | and Exhibit from the Court's record of the above-captioned case. |

Respectfully submitted,

Dated: February 11, 2014

RICHARD DOYLE, City Attorney

By:     /s/
    RICHARD D. NORTH
    Deputy City Attorney

Attorneys for CITY OF SAN JOSE
and SON VU

Respectfully submitted,

Dated: February 11, 2014

Law Office of Michael Millen

By:     [signature]
    MICHAEL MILLEN

Attorney for MERCEDES MARKER

///
///
///
///
///

2

PARTIES' STIP. AND REQ. TO STRIKE THE ORIG. DECLARATION OF
RICHARD D. NORTH ISO DEFTS' OPP. TO P'S MIL#6 AND ATTACHMENT;
[PROPOSED] ORDER

C09-05956 RMW

1058975

# [PROPOSED] ORDER

The Court has reviewed the Parties' stipulation above and hereby approves.

(1) The Declaration of Richard D. North in Support of Defendants' Opposition to Plaintiff's Motion in Limine #6 and attached <u>Exhibit A</u>, filed February 7, 2014, shall be stricken from the Court's record of *Marker v. City of San Jose*, Case No. C09-05956 RMW. (Docket #103)

(2) The Amended Declaration of Richard D. North in Support of Defendants' Opposition to Plaintiff's Motion in Limine #6 and attached <u>Exhibit A</u>, filed February 11, 2014, shall be accepted by the Court.

Dated: Î ₩ì , 2014

*Ronald M. Whyte*
HON. RONALD M. WHYTE

3

PARTIES' STIP. AND REQ. TO STRIKE THE ORIG. DECLARATION OF RICHARD D. NORTH ISO DEFTS' OPP. TO P'S MIL#6 AND ATTACHMENT; [PROPOSED] ORDER

C09-05956 RMW
1058975